Paul T. Trimmer
Nevada State Bar No. 9291
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: trimmerp@jacksonlewis.com

*Attorneys for Defendants*
*Customer Connexx, LLC and ARCA, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE CURLEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CUSTOMER CONNEXX LLC; ARCA, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00233-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COLLECTIVE AND CLASS ACTION COMPLAINT**<br><br>**(First Request)** |

Defendants Customer Connexx LLC and ARCA, Inc. ("Defendants"), by and through their counsel of record, Jackson Lewis P.C., and Plaintiff Danielle Curley ("Plaintiff"), by and through her counsel of record, Thierman Buck LLP, hereby stipulate and agree to extend the time for Defendants to answer or otherwise respond to Plaintiff's Collective and Class Action Complaint for two weeks from February 15, 2018 up to and including March 1, 2018. Undersigned defense counsel were only recently retained and require the additional time to investigate and prepare Defendants' response.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 13th of February, 2018.

| THIERMAN BUCK LLP | JACKSON LEWIS P.C. |
|---|---|
| /s/ Joshua D. Buck | /s/ Paul T. Trimmer |
| Mark R. Thierman, Bar # 8285<br>Joshua D. Buck, Bar # 12187<br>7287 Lakeside Drive<br>Reno, Nevada 89511 | Paul T. Trimmer, Bar #9291<br>3800 Howard Hughes Parkway, Ste. 600<br>Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff*<br>*Danielle Curley* | *Attorneys for Defendants*<br>*Customer Connexx LLC and ARCA, Inc.l* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 15, 2018