**THIERMAN BUCK, LLP**
Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

**JACKSON LEWIS P.C.**
Paul T. Trimmer, Nev. Bar No. 9291
trimmerp@jacksonlewis.com
3800 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tel: (702) 921-2460

Veronica T. von Grabow,
*admitted pro hac vice*
Veronica.vonGrabow@jacksonlewis.com
950 17th Street, Suite 2600
Denver, CO 80202
Tel: (303) 225-2419

*Attorneys for Defendant Customer Connexx LLC; ARCA Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE CURLEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CUSTOMER CONNEXX LLC; ARCA, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00233-KJD-GWF<br><br>**JOINT STIPULATION TO STAY ALL PROCEEDINGS PENDING EARLY SETTLEMENT NEGOTIATIONS AND [PROPOSED] ORDER THEREON** |

Plaintiff DANIELLE CURLEY ("Plaintiff"), by and through her counsel of record THIERMAN BUCK, LLP, and Defendants CUSTOMER CONNEXX LLC; ARCA, INC., by and through their counsel of record, JACKSON LEWIS, P.C., hereby stipulate to stay all proceedings and extend the deadline to file the Parties proposed Discovery Plan and Scheduling Order pending early settlement negotiations.

This request is made in good faith to allow the Parties to engage in early settlement negotiations. The purpose of the Stay is to promote judicial economy and allow this court to

more effectively control the disposition of the cases on its docket with economy of time and effort for itself, for counsel, and the litigants. *See Landis v. N. Am. Co.* 299 U.S. 248, 254 (U.S. 1936) ("the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants.")

      Therefore, based on the foregoing and for good cause appearing, the Parties by and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**THIERMAN BUCK, LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: infor@thiermanbuck.com; www.thiermanbuck.comt

**JOINT STIPULATION TO STAY ALL PROCEEDINGS PENDING EARLY SETTLEMENT NEGOTIATIONS AND [PROPOSED] ORDER THEREON**

through the respective counsel of record, do hereby stipulate and agree as follows:

1) The above captioned dispute shall be stayed until fourteen (14) days after the scheduled mediation to take place on or before July 16, 2018 hereinafter the "Stay Period";

2) Fourteen (14) days after the termination of the Stay Period:

    a) The Parties will file a case update; or

    b) The Parties shall file a proposed Discovery Plan and Scheduling Order.

| | |
|---|---|
| Dated: April 16, 2018 | Dated: April 16, 2018 |
| THIERMAN BUCK, LLP | JACKSON LEWIS |
| /s/ Joshua D. Buck | /s/ Veronica T. von Grabow |
| Mark R. Thierman, Nev. Bar No. 8285<br>Joshua D. Buck, Nev. Bar No. 12187<br>Leah L. Jones, Nev. Bar No. 13161<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br>*Attorneys for Plaintiffs* | Paul T. Trimmer, Nev. Bar No. 9291<br>3800 Howard Hughes Pkwy., Suite 600<br>Las Vegas, NV 89169<br><br>Veronica T. von Grabow,<br>*admitted pro hac vice*<br>950 17th Street, Suite 2600<br>Denver, CO 80202<br>*Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED.**

Dated this 17th day of April, 2018

*/s/ George Foley Jr.*
UNITED STATES DISTRICT JUDGE