Paul T. Trimmer
Nevada State Bar No. 9291
**JACKSON LEWIS, P.C.**
3800 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tel: (702) 921-2460
Email: trimmerp@jacksonlewis.com

Veronica T. von Grabow
*Admitted pro hac vice*
950 17th Street, Suite 2600
Denver, CO 80202
Tel: (303) 225-2419
Email: veronica.vongrabow@jacksonlewis.com

*Attorney for Defendants*
*Customer Connexx, LLC and ARCA, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIELLE CURLEY, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>CUSTOMER CONNEXX LLC; ARCA, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00233-KJD-GWF<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS**<br><br>**(Second Request)** |

Plaintiff DANIELLE CURLEY, by and through her counsel of record THIERMAN BUCK, LLP, and Defendants CUSTOMER CONNEXX LLC and ARCA, INC., by and through their counsel of record, JACKSON LEWIS P.C., hereby submit the below joint stipulation seeking to continue the stay of proceedings previously granted in this matter.

1. During the course of the stay, the parties have engaged in good faith discussions regarding the potential resolution of claims asserted in the above captioned matter.

2. Due to conflicts in the mediator's schedule, this matter is now scheduled for mediation on October 1, 2018.

3. The parties respectfully request the Court grant an additional stay of proceedings in this case through October 8, 2018, hereinafter the "Stay Period."

4. Within fourteen days after the Stay Period, the parties will file a case update or file a proposed Discovery Plan and Scheduling Order.

This stipulation is presented in good faith and not for purposes of delay.

Dated this 26th day of July, 2018.

| THIERMAN BUCK LLP | JACKSON LEWIS P.C. |
|---|---|
| *s/ Mark R. Theirman* | *s/ Veronica von Grabow* |
| Mark R. Theirman, Bar No. 8285 | Paul T. Trimmer, Bar No. 9291 |
| Joshua D. Buck, Bar No. 12187 | 3800 Howard Hughes Pkwy., Suite 600 |
| 7287 Lakeside Drive | Las Vegas, NV 89169 |
| Reno, Nevada 89511 | |
| | Veronica von Grabow |
| *Attorney for Plaintiff* | *admitted pro hac vice* |
| *Danielle Curley* | 950 17th Street, Suite 2600 |
| | Denver, CO 80202 |
| | *Attorneys for Defendants* |
| | *Customer Connexx LLC and ARCA Inc.* |

## **ORDER**

IT IS SO ORDERED.

*/s/ George Foley Jr.*

UNITED STATES MAGISTRATE JUDGE

Dated: July 27, 2018