Paul T. Trimmer
Nevada State Bar No. 9291
**JACKSON LEWIS, P.C.**
3800 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tel: (702) 921-2460
Email: trimmerp@jacksonlewis.com

Veronica T. von Grabow
*Admitted pro hac vice*
950 17th Street, Suite 2600
Denver, CO 80202
Tel: (303) 225-2419
Email: veronica.vongrabow@jacksonlewis.com

*Attorney for Defendants*
*Customer Connexx, LLC and ARCA, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE CURLEY, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>CUSTOMER CONNEXX LLC; ARCA, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00233-KJD-GWF<br><br>**STIPULATED MOTION FOR EXTENSION OF TIMETO RESPOND TO PLAINTIFF'S MOTION FOR CIRCULATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b)** |

Plaintiff Danielle Curley, and Defendants Customer Connexx LLC and ARCA, Inc. ("Defendants"), by and through their undersigned counsel, hereby stipulate to an extension of time, up to and including Tuesday, February 26, 2019, for Defendants to respond to Plaintiff's Motion for Circulation of Notice Pursuant to 29 U.S.C. § 216(b) ("Motion for Circulation"), and as grounds for this Stipulated Motion, states as follows:

1. On February 5, 2019, Plaintiff filed her Motion for Circulation with the Court [Dkt 19]. The deadline for Defendants to respond to the Motion for Circulation is set for February 19, 2019.

2. Due to defense counsel scheduling conflicts, including a preplanned trip out of the country, Defendants request an additional seven (7) days to respond to the Motion for Circulation.

3. The parties respectfully request the Court grant this extension of time, up to and including February 26, 2019.

4. This is the first motion for extension requested pertaining to the Motion for Circulation.

This stipulation is presented in good faith and not for purposes of delay.

Dated this 13th day of February, 2019.

| THIERMAN BUCK LLP | JACKSON LEWIS P.C. |
|---|---|
| *s/ Mark R. Theirman* | *s/ Veronica von Grabow* |
| Mark R. Theirman, Bar No. 8285<br>Joshua D. Buck, Bar No. 12187<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br><br>*Attorney for Plaintiff*<br>*Danielle Curley* | Paul T. Trimmer, Bar No. 9291<br>3800 Howard Hughes Pkwy., Suite 600<br>Las Vegas, NV 89169<br><br>Veronica von Grabow<br>*admitted pro hac vice*<br>950 17th Street, Suite 2600<br>Denver, CO 80202<br><br>*Attorneys for Defendants*<br>*Customer Connexx LLC and ARCA, Inc.* |

**ORDER**

IT IS SO ORDERED.

*[signature: George Foley Jr.]*

UNITED STATES MAGISTRATE JUDGE

Dated: February 14, 2019