Paul T. Trimmer
Nevada State Bar No. 9291
**JACKSON LEWIS, P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: trimmerp@jacksonlewis.com

Veronica T. von Grabow
*Admitted pro hac vice*
950 17th Street, Suite 2600
Denver, CO 80202
Tel: (303) 225-2419
Email: veronica.vongrabow@jacksonlewis.com

*Attorney for Defendants*
*Customer Connexx, LLC and ARCA, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARIENE CADENA and ANDREW GONZALES, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>CUSTOMER CONNEXX LLC; ARCA, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00233-APG-DJA<br><br>**UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE FOR PLAINTIFFS' APPLICATION FOR WRIT OF ATTACHMENT**<br><br>**(First Request)** |

Defendants CUSTOMER CONNEXX LLC and ARCA, INC., by and through their counsel of record, JACKSON LEWIS P.C., hereby submit the below unopposed motion to extend the time for Defendants to respond to Plaintiffs' Application for Writ of Attachment ("Plaintiff's Application"), and corresponding briefing schedule, as set forth below.

1. Given scheduling conflicts by defense counsel and the need to perform potentially extensive investigation and analysis regarding the arguments raised in Plaintiffs' Application, the parties have agreed to extend the remaining briefing schedule on Plaintiff's Application.

2. Defendants request an extension of the deadline to file its Opposition to Plaintiffs' Application by one week through October 30, 2020.

3. Defendants conferred with Plaintiffs' counsel on October 14-15, 2020, and Plaintiffs' do not oppose the requested extension.

4. This request is presented in good faith and not for purposes of delay.

Dated this 15th day of October, 2020.

        JACKSON LEWIS P.C.

        *s/ Veronica von Grabow*
        Paul T. Trimmer, Bar No. 9291
        300 S. Fourth Street, Suite 900
        Las Vegas, NV 891019
        Veronica von Grabow
        *admitted pro hac vice*
        950 17th Street, Suite 2600
        Denver, CO 80202

**ORDER**

The Motion for Extension is granted. IT IS SO ORDERED.

_____
United States District Judge

Dated: October 15, 2020