| | |
|---|---|
| **THIERMAN BUCK, LLP** | **JACKSON LEWIS** |
| Mark R. Thierman, Nev. Bar No. 8285 | Paul T. Trimmer, Nev. Bar No. 9291 |
| mark@thiermanbuck.com | Email: trimmerp@jacksonlewis.com |
| Joshua D. Buck, Nev. Bar No. 12187 | 3800 Howard Hughes Pkwy., Suite 600 |
| josh@thiermanbuck.com | Las Vegas, NV 89169 |
| Leah L. Jones, Nev. Bar No. 13161 | Tel: (702) 921-2460 |
| leah@thiermanbuck.com | |
| 7287 Lakeside Drive | Veronica T. von Grabow, *admitted pro hac vice* |
| Reno, Nevada 89511 | Veronica.vonGrabow@jacksonlewis.com |
| Tel. (775) 284-1500 | 950 17th Street, Suite 2600 |
| Fax. (775) 703-5027 | Denver, CO 80202 |
| | Tel: (303) 225-2419 |
| *Attorneys for Plaintiffs* | |
| | *Attorneys for Defendant Customer Connexx LLC; ARCA, INC.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARIENE CADENA and ANDREW GONZALES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CUSTOMER CONNEXX LLC; ARCA, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00233-APG-DJA<br><br>**STIPULATION FOR ENLARGEMENT OF TIME FOR RESPONSES AND ORDER THEREON**<br><br>**(First Request)** |

Plaintiffs CARIENE CADENA and ANDREW GONZALES ("Plaintiffs"), by and through their counsel of record THIERMAN BUCK, LLP, and Defendants CUSTOMER CONNEXX LLC and ARCA, INC.[1], by and through their counsel of record, JACKSON LEWIS, P.C., (collectively, "the Parties") hereby request, stipulate, and agree to extend the time for both Parties to file their respective responses as set forth below.

---

[1] Plaintiffs filed their Motion for leave to file a second amended complaint to add Defendant JanOne Inc. as a party defendant.  ECF No. 72.  Defendants filed a motion of non-opposition on October 23, 2020.  ECF No. 76.

- 1 -
STIPULATION FOR ENLARGEMENT OF TIME FOR RESPONSES

This stipulation is submitted in compliance with LR IA 6-1.  The Parties are requesting these extensions due to the volume of motions pending, the complexity and fact intensive nature of the responsive pleadings, counsels' professional commitments, existing workload, and challenges of working remotely due to the COVID-19 crisis, including slower connectivity, communications delays, and obtaining records necessary to the motions.  Good cause exists for the requested extensions.

Accordingly, the Parties further stipulate and agree to extend the deadlines as follows:

1) Plaintiffs' Opposition to Defendants' Motion to Decertify Collective Action (ECF No. 80) currently due 11/10/20 shall be extended seven (7) days to on or before **Tuesday, November 17, 2020.**  Defendant's Reply In Support Of shall be due fourteen (14) calendar days after the filing of Plaintiffs' Opposition.

2) Plaintiffs' Opposition to Defendant, Customer Connexx's Motion for Summary Judgment (ECF No. 78) currently due 11/16/20 shall be extended nine (9) days to on or before **Wednesday November 25, 2020.**  Defendant's Reply In Support Of shall be due fourteen (14) calendar days after the filing of Plaintiffs' Opposition.

3) Plaintiffs' Opposition to Defendant, ARCA Inc.'s Motion for Summary Judgment (ECF No. 79) currently due 11/16/20 shall be extended nine (9) days to on or before **Wednesday November 25, 2020.**  Defendant's Reply In Support Of shall be due fourteen (14) calendar days after the filing of Plaintiffs' Opposition.

///
///
///

THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: infor@thiermanbuck.com; www.thiermanbuck.comt

4) Defendants' Opposition to Plaintiffs' Motion to Certify Class Pursuant to Rule 23 (ECF No. 77, refiled as ECF No. 81), currently due 11/11/20 shall be extended seven (7) calendar days to on or before **Wednesday, November 18, 2020**. Plaintiffs' Reply shall be due fourteen (14) calendar days after the filing of Defendants' Opposition.

Dated: October 29, 2020

THIERMAN BUCK, LLP

/s/ Leah L Jones
Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

Dated: October 29, 2020

JACKSON LEWIS

/s/ Veronica T. von Grabow
Paul T. Trimmer, Nev. Bar No. 9291
Email: trimmerp@jacksonlewis.com
3800 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tel: (702) 921-2460

Veronica T. von Grabow, *admitted pro hac vice*
Veronica.vonGrabow@jacksonlewis.com
950 17th Street, Suite 2600
Denver, CO 80202
Tel: (303) 225-2419
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.**

Dated this  29th  day of  October  2020.

_____
UNITED STATES DISTRICT JUDGE