**THIERMAN BUCK, LLP**
Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

**JACKSON LEWIS**
Paul T. Trimmer, Nev. Bar No. 9291
Email: trimmerp@jacksonlewis.com
3800 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tel: (702) 921-2460

Veronica T. von Grabow, *admitted pro hac vice*
Veronica.vonGrabow@jacksonlewis.com
950 17th Street, Suite 2600
Denver, CO 80202
Tel: (303) 225-2419

*Attorneys for Defendant Customer Connexx LLC; ARCA, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARIENE CADENA and ANDREW GONZALES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CUSTOMER CONNEXX LLC; JANONE INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00233-APG-DJA<br><br>**STIPULATION FOR ENLARGEMENT OF TIME FOR BRIEFING AND [PROPOSED] ORDER THEREON**<br><br>**(First & Second Requests)** |

Plaintiffs CARIENE CADENA and ANDREW GONZALES ("Plaintiffs"), by and through their counsel of record THIERMAN BUCK, LLP, and Defendants CUSTOMER CONNEXX LLC and JANONE INC., by and through their counsel of record, JACKSON LEWIS, P.C., (collectively, "the Parties") hereby request, stipulate, and agree to extend the time for the Parties to file briefing as set forth below.

This stipulation is submitted in compliance with LR IA 6-1. The Parties are requesting these extensions due to the November 17, 2020 power outages and fire in the near vicinity of Plaintiffs' counsel's office which resulted in lost work and staff being on evacuation orders, the

volume of motions pending, the complexity and fact intensive nature of the responsive pleadings, counsels' professional commitments, existing workload, planned holiday work stoppages, and challenges of working remotely due to the COVID-19 crisis, including slower connectivity, communications delays, and obtaining records necessary to the motions. Good cause exists for the requested extensions.

Accordingly, the Parties further stipulate and agree to extend the deadlines as follows:

1. Plaintiffs' Opposition to Defendants' Motion to Strike Toney Declaration and March Report (ECF No. 91) (first request) is currently due 12/2/20 and shall be extended fourteen (14) days to **Wednesday, December 16, 2020**. Defendants' Reply In Support Of shall be due twenty-one (21) calendar days after the filing of Plaintiffs' opposition.

2. Plaintiffs' Opposition to Defendant, Customer Connexx's Motion for Summary Judgment (ECF No. 78) (second request) currently due 11/25/20 shall be extended fourteen (14) days to on or before **Wednesday, December 9, 2020.** Defendant's Reply In Support Of shall be due twenty-one (21) calendar days after the filing of Plaintiffs' Opposition.

3. Plaintiffs' Opposition to Defendant's Motion for Summary Judgment (ECF No. 79) (second request) currently due 11/25/20 shall be extended fourteen (14) days to on or before **Wednesday, December 9, 2020.** Defendant's Reply In Support Of shall be due twenty-one (21) calendar days after the filing of Plaintiffs' Opposition.

///
///
///

THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: infor@thiermanbuck.com; www.thiermanbuck.com

4. Defendants' Reply In Support Of Motion For Decertification (ECF No. 80) currently due 12/1/20 shall be extended seven (7) days to on or before **Tuesday, December 8, 2020**.

Dated: November 23, 2020                    Dated: November 23, 2020

THIERMAN BUCK, LLP                          JACKSON LEWIS

*/s/ Leah L Jones*                          */s/ Veronica T. von Grabow*
Mark R. Thierman, Nev. Bar No. 8285         Paul T. Trimmer, Nev. Bar No. 9291
Joshua D. Buck, Nev. Bar No. 12187          Email: trimmerp@jacksonlewis.com
Leah L. Jones, Nev. Bar No. 13161           3800 Howard Hughes Pkwy., Suite 600
7287 Lakeside Drive                         Las Vegas, NV 89169
Reno, Nevada 89511                          Tel: (702) 921-2460
*Attorneys for Plaintiffs*

Veronica T. von Grabow, *admitted pro hac vice*
Veronica.vonGrabow@jacksonlewis.com
950 17th Street, Suite 2600
Denver, CO 80202
Tel: (303) 225-2419
*Attorneys for Defendants*

# ORDER

**IT IS SO ORDERED.**

Dated this 24th day of November, 2020

_____
UNITED STATES DISTRICT JUDGE