**THIERMAN BUCK, LLP**
Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

**JACKSON LEWIS**
Paul T. Trimmer, Nev. Bar No. 9291
Email: trimmerp@jacksonlewis.com
3800 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tel: (702) 921-2460

Veronica T. von Grabow, *admitted pro hac vice*
Veronica.vonGrabow@jacksonlewis.com
950 17th Street, Suite 2600
Denver, CO 80202
Tel: (303) 225-2419

*Attorneys for Defendant Customer Connexx LLC; ARCA, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARIENE CADENA and ANDREW GONZALES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CUSTOMER CONNEXX LLC; JANONE INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00233-APG-DJA<br><br>**STIPULATION FOR ENLARGEMENT OF TIME FOR BRIEFING AND [PROPOSED] ORDER THEREON**<br><br>**(Second & Third Requests)** |

Plaintiffs CARIENE CADENA and ANDREW GONZALES ("Plaintiffs"), by and through their counsel of record THIERMAN BUCK, LLP, and Defendants CUSTOMER CONNEXX LLC and JANONE INC., by and through their counsel of record, JACKSON LEWIS, P.C., (collectively, "the Parties") hereby request, stipulate, and agree to extend the time for the Parties to file briefing as set forth below.

This stipulation is submitted in compliance with LR IA 6-1. The Parties are requesting these extensions due to COVID positive tests in Plaintiffs' Counsel's office. Accordingly, all attorneys and staff are required to quarantine. Plaintiffs' Counsel is redistributing work and

telework abilities however, due to the volume of motions pending, the complexity and fact intensive nature of the responsive pleadings, planned holiday work stoppages, and challenges of working on a full remote basis due to the COVID-19 crisis, good cause exists for the requested extensions.

Accordingly, the Parties further stipulate and agree to extend the deadlines as follows:

1. Plaintiffs' Opposition to Defendants' Motion to Strike Toney Declaration and March Report (ECF No. 91) (second request) is currently due 12/16/20 and shall be extended two (2) days to **Friday, December 18, 2020**. Defendants' Reply In Support Of shall be due twenty-one (21) calendar days after the filing of Plaintiffs' opposition.

2. Plaintiffs' Opposition to Defendant, Customer Connexx's Motion for Summary Judgment (ECF No. 78) (third request) currently due 12/9/20 shall be extended seven (7) days to on or before **Wednesday, December 16, 2020.** Defendant's Reply In Support Of shall be due twenty-one (21) calendar days after the filing of Plaintiffs' Opposition.

///
///
///

3. Plaintiffs' Opposition to Defendant's Motion for Summary Judgment (ECF No. 79) (third request) currently due 12/9/20 shall be extended seven (7) days to on or before **Wednesday, December 16, 2020.** Defendant's Reply In Support Of shall be due twenty-one (21) calendar days after the filing of Plaintiffs' Opposition.

Dated: December 8, 2020

THIERMAN BUCK, LLP

*/s/ Leah L Jones*
Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

Dated: December 8, 2020

JACKSON LEWIS

*/s/ Veronica T. von Grabow*
Paul T. Trimmer, Nev. Bar No. 9291
Email: trimmerp@jacksonlewis.com
3800 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tel: (702) 921-2460

Veronica T. von Grabow, *admitted pro hac vice*
Veronica.vonGrabow@jacksonlewis.com
950 17th Street, Suite 2600
Denver, CO 80202
Tel: (303) 225-2419
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.**

Dated this  8th  day of   December    2020.

_____
UNITED STATES DISTRICT JUDGE