Paul T. Trimmer
Nevada State Bar No. 9291
**JACKSON LEWIS, P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: (702) 921-2460
Email: trimmerp@jacksonlewis.com

Veronica T. von Grabow
*Admitted pro hac vice*
950 17th Street, Suite 2600
Denver, CO 80202
Tel: (303) 892-0404
Email: veronica.vongrabow@jacksonlewis.com

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| CARIENE CADENA; ANDREW GONZALES,<br><br>Plaintiff,<br><br>vs.<br><br>CUSTOMER CONNEXX LLC; ARCA, INC.<br><br>Defendants. | Case No. 2:18-cv-00233-APG-DJA<br><br>**UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

Defendants Customer Connexx LLC and ARCA, Inc., by and through their undersigned attorneys, hereby submits the below unopposed motion to extend the time for Defendants to submit their Replies in Support of their Motions for Summary Judgment, [ECF Nos. 78 and 79], as set forth below.

1. Given continuing issues related to COVID-19 and scheduling conflicts by defense counsel, the parties have agreed to extend the remaining briefing schedule on Defendants' Motions for Summary Judgment. [ECF Nos. 78 and 79]. This is the first extension Defendants have requested for this deadline.

2. Defendants request an extension of the deadline to file their Replies in Support of their Motions for Summary Judgment by one week through January 13, 2021.

3. Defendants conferred with Plaintiffs' counsel on January 4, 2021, and Plaintiffs do not oppose the requested extension.

4. This request is presented in good faith and not for purposes of delay.

Dated this 4th day of January, 2021.

**JACKSON LEWIS, P.C.**

/s/*Veronica von Grabow*
Veronica T. von Grabow
*Admitted pro hac vice*
950 17th Street, Suite 2600
Denver, CO 80202
veronica.vongrabow@jacksonlewis.com
Paul T. Trimmer
Nevada State Bar No. 9291
JACKSON LEWIS, P.C.
3800 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
trimmerp@jacksonlewis.com

*Attorneys for Defendants*

**ORDER**

The Motion for Extension is granted. IT IS SO ORDERED.

United States District Judge

Dated: January 4, 2021

## CERTIFICATE OF SERVICE

I certify that on January 4, 2021, a copy of the foregoing was filed with the Court's CM/ECF system, which electronically sends notice to the following counsel of record:

>Mark R. Theirman, Esq.
>Joshua D. Buck, Esq.
>Leah L. Jones, Esq.
>THIERMAN BUCK LLP
>7287 Lakeside Drive
>Reno, NV 89511
>
>*Attorneys for Plaintiff Danielle Curley*

*/s/ Halle Gotfredson*
For Jackson Lewis P.C.
