Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
THIERMAN BUCK, LLP
325 West Liberty Street
Reno, Nevada 89501
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARIENE CADENA and ANDREW GONZALES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CUSTOMER CONNEXX LLC; JANONE INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00233-APG-DJA<br><br>**MOTION AND** ~~**PROPOSED**~~ **ORDER FOR WITHDRAWAL OF JOSHUA R. HENDRICKSON AS COUNSEL OF RECORD AND REMOVAL FROM CM/ECF SERVICE LIST** |

Pursuant to Local Rule IA 11-6(b), undersigned counsel hereby requests that Joshua R. Hendrickson be removed from the instant action as an attorney of record for Plaintiffs CARIENE CADENA and ANDREW GONZALES ("Plaintiffs") as Mr. Hendrickson is no longer associated or affiliated with the law firm Thierman Buck, LLP.  The undersigned counsel also respectfully requests that Mr. Hendrickson be removed from the CM/ECF service list in this matter.

///

///

///

This Motion is made in good faith and will not result in the delay of discovery, trial, or any hearing in this case. Plaintiffs will continue to be represented by undersigned counsel, Mark R. Thierman, Joshua D. Buck, and Leah L. Jones of Thierman Buck, LLP.

DATED: January 23, 2024

THIERMAN BUCK, LLP

*/s/Joshua D. Buck*
Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
325 West Liberty Street
Reno, NV 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 1/24/2024

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that on this date I electronically filed and served a true and correct copy of the foregoing **MOTION AND PROPOSED ORDER FOR WITHDRAWAL OF JOSHUA R. HENDRICKSON AS COUNSEL OF RECORD AND REMOVAL FROM CM/ECF SERVICE LIST** on the following parties through the CM/ECF filing system:

Paul T. Trimmer
paul.trimmer@jacksonlewis.com
Veronica T von Grabow
veronica.hunter@jacksonlewis.com

*Attorneys for Defendants*
*Customer Connexx LLC and JanOne Inc.*

DATED: January 23, 2024

                                          */s/Brittany Manning*
                                        An Employee of Thierman Buck, LLP

**THIERMAN BUCK, LLP**
325 West Liberty Street
Reno, NV 89501
(775) 284-1500 Fax (775) 703-5027
Email: info@thiermanbuck.com; www.thiermanbuck.com