**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CARIENE CADENA and ANDREW GONZALES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CUSTOMER CONNEXX LLC; JANONE, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:18-CV-00233-APG-DJA<br><br>**ORDER STAYING ACTION PENDING SETTLEMENT APPROVAL** |

Pending before the Court is the Parties' Joint Motion to Stay and Notice of Settlement. The Court hereby orders as follows:

1) The Parties' Joint Motion (ECF No. 156) is Granted, and this action is hereby STAYED.

2) The Parties will submit either a status report or joint motion to dismiss on the following date, whichever is earlier: (a) within 90 days of this Order, or (b) within 7 days of final approval of the Agreement in the State Court Action.

3) Plaintiffs' Motion to Vacate Order Taxing Cost (ECF No. 155) is GRANTED. The orders taxing costs (ECF Nos. 140 and 149) are VACATED.

IS SO ORDERED.

DATED:   ___September 11, 2024___

_____
U.S. District Judge