**THIERMAN BUCK LLP**
325 W. Liberty Street
Reno, NV 89501
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CARIENE CADENA and ANDREW GONZALES, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>CUSTOMER CONNEXX LLC; JANONE, INC.; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: 2:18-CV-00233-APG-DJA<br><br>**ORDER CONTINUING STAY PENDING SETTLEMENT APPROVAL** |

Pending before the Court is the Parties' Joint Status Report. The Court hereby orders as follows:

1) This action will continue to be STAYED.

2) The Parties will submit either a status report or joint motion to dismiss on the following date, whichever is earlier: (a) within 90 days of their most recent Status Report, or (b) within 7 days of final approval of the Agreement in the State Court Action.

IT IS SO ORDERED:

Dated:   December 6, 2024

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE