| | |
|---|---|
| Mark R. Thierman. Nev. Bar No. 8285<br>Joshua D. Buck. Nev. Bar No. 12187<br>Leah L. Jones, Nev. Bar No. 13161<br>**THIERMAN BUCK LLP**<br>325 W. Liberty Street<br>Reno, Nevada 89501<br>Tel:   (775) 284-1500<br>Fax:   (775) 703-5027<br>mark@thiermanbuck.com<br>josh@thiermanbuck.com<br>leah@thiermanbuck.com<br>*Attorneys for Plaintiffs* | Paul T. Trimmer<br>Nevada State Bar No. 9291<br>**JACKSON LEWIS, P.C.**<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>Telephone: (702) 921-2460<br>Email: trimmerp@jacksonlewis.com<br><br>Veronica T. Hunter<br>*Admitted pro hac vice*<br>950 17th Street, Suite 2600<br>Denver, Colorado 80202<br>Telephone: (303) 225-2419<br>Email: veronica.hunter@jacksonlewis.com<br><br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARIENE CADENA and ANDREW GONZALES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CUSTOMER CONNEXX LLC; JANONE, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00233-APG-DJA<br><br>Judge:  Hon. Andrew P. Gordon<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

CARIENE CADENA and ANDREW GONZALES ("Plaintiffs") and CUSTOMER CONNEXX, LLC and JANONE, INC. ("Defendants") (together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby notify the Court that, on January 8, 2025, final approval of the settlement was granted in the related state court action titled *Danielle Curley et al. v. Customer Connexx LLC, JanOne, Inc., et al*, Case No. A-18-767155-C in the District Court of Clark County, Nevada.  Accordingly, and pursuant to this Court's Order Continuing Stay

---

1
STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON

Pending Settlement Approval entered on December 6, 2024, the Parties, by and through their undersigned counsel, hereby stipulate and agree to dismiss the instant action with prejudice under FRCP 41(a).

| | |
|---|---|
| DATED: January 16, 2025 | DATED: January 16, 2025 |
| THIERMAN BUCK LLP | JACKSON LEWIS, P.C. |
| */s/Leah L. Jones* | */s/Veronica T. Hunter* |
| Mark R. Thierman, Esq., Bar No. 8285 | Paul T. Trimmer |
| Joshua D. Buck, Esq., Bar No. 12187 | Nevada State Bar No. 9291 |
| Leah L. Jones, Esq., Bar No. 13161 | Veronica T. Hunter |
| | *Admitted pro hac vice* |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: January 17, 2025